43 F.3d 1461
 Frawley (Patrick T.)
v.
Amboy National Bank, Amboy Bancorporation, Scharph (George),
Somers (William A.), Bray (Olive W.), Di Sepio (Joseph J.),
Safran (Melvin H.), Scharpf (Ernest J.), Smith (Harold G.),
Brennan (George), Heilbrunn (Jonathan M.), Kurzawa (Frank
T., Jr.), O'Donnell (Robert), Yacuzzio (Carmen); Somers
(William A.) v. Bray (Olive W.), Di Sepio (Joseph J.),
Heilbrunn (Jonathan M.), Kurzawa (Frank T., Jr.), Safran
(Melvin H.), Scharpf (Ernest J.), Smith (Harold)
 NO. 94-5362
 United States Court of Appeals,
Third Circuit.
 Nov 21, 1994
 
 Appeal From: D.N.J., No. 93-cv-04836,
 Lechner, J.
 
 
 1
 AFFIRMED.